Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
 *mprescott@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant COUNTY OF
SAN BERNARDINO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:25-cv-3591-JGB-SP <br><br> **DEFENDANT COUNTY OF SAN BERNARDINO'S ANSWER TO COMPLAINT; AND DEMAND FOR JURY** <br><br> District Judge: Jesus G. Bernal <br> Magistrate Judge: Sheri Pym <br><br> Trial Date:          None Set |

COMES NOW, COUNTY OF SAN BERNARDINO ("Defendant"), to answer the Complaint ("Complaint") filed by the Plaintiffs ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta, and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta, ("Plaintiffs") in the above-entitled action as follows:

**INTRODUCTION PARAGRAPHS IN PLAINTIFFS' COMPLAINT**

1.     In answering paragraph 1, Defendant admits the lawsuit is being brought by Plaintiffs for alleged Constitutional violations and violations of state law arising out of the death of their son. Except as so admitted, Defendant denies each

*Vertical left margin:* WESIERSKI & ZUREK LLP — LAWYERS — 29 ORCHARD ROAD — LAKE FOREST, CALIFORNIA 92630 — (949) 975-1000

1

1   and every remaining allegation therein.

2       2.    In answering paragraphs 2 and 3, Defendant lacks information and

3   belief sufficient to enable it to answer thereto and, basing its denial on that ground,

4   denies generally and specifically each and every allegation contained therein.

5   **JURISDICTION AND VENUE AS ALLEGED BY PLAINTIFFS**

6       3.    In answering paragraphs 4 and 5, Defendant admits that Plaintiffs are

7   ostensibly invoking jurisdiction of this district court under 28 U.S.C. § 1331 and 28

8   U.S.C. § 1343(a)(3)-(4), supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a),

9   and venue in the Central District of California pursuant to 28 U.S.C. §1391 (b).

10  Defendant admits that Plaintiffs are asserting claims arising under 42 U.S.C. § 1983

11  and the First, Fourth, and Fourteenth Amendments to the United States Constitution.

12  Except as so admitted, these answering Defendant lacks information and belief

13  sufficient to enable it to answer thereto and basing its denial on that ground, denies

14  generally and specifically each and every allegation contained therein.

15  **PARTIES IDENTIFIED IN PLAINTIFFS' COMPLAINT**

16      4.    In answering paragraphs 6, 7, and 8, Defendant lacks information and

17  belief sufficient to enable it to answer regarding Decedent Roman Huerta's

18  residency, Plaintiffs' residency, and Plaintiffs' relationship to Decedent, and on that

19  basis denies. Except as so admitted, this answering Defendant lacks information and

20  belief sufficient to enable it to answer any remaining allegations in these paragraphs,

21  and on that basis denies generally and specifically each and every remaining

22  allegation contained therein.

23      5.    In answering paragraph 9, Defendant admits that it is a duly organized

24  public entity existing under the laws of the State of California. Defendant also

25  admits it is a chartered subdivision of the State of California. Except as expressly

26  admitted, Defendant lacks information and belief sufficient to enable it to answer

27  any remaining allegations in this paragraph, and on that basis denies.

28      6.    In answering paragraphs 10, 11, 12, 13, 14, 15, and 16, Defendant lacks

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2

1  information and belief sufficient to enable it to answer, and on that basis denies the
2  allegations in these paragraphs.

3  **PLAINTIFFS' CLAIMS OF COMMON FACTS**

4       7.    In answering paragraph 17, Defendant reasserts and incorporates its
5  responses to paragraphs 1 through 16.

6       8.    In answering paragraphs 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
7  30, 31, and 32, Defendant lacks information and belief sufficient to enable it to
8  answer, and on that basis denies the allegations in each of these paragraphs.

9  **PLAINTIFFS' FIRST CLAIM FOR RELIEF FOR**
10 **Unreasonable Search and Seizure - Excessive Force (42 U.S.C. § 1983)**
11 **(Plaintiffs against Defendants DOES 1-10)**

12      9.    In answering paragraph 33, Defendant reasserts and incorporates its
13 responses to paragraphs 1 through 32.

14      10.   In answering paragraphs 34 and 38, Defendant asserts that the
15 paragraphs contain legal contentions and no factual information.

16      11.   In answering paragraphs 35, 36, 37, 39, 40, and 41, Defendant lacks
17 information and belief sufficient to enable it to answer and on that basis denies the
18 allegations in the paragraphs.

19 **PLAINTIFFS' SECOND CLAIM FOR RELIEF FOR**
20 **Fourth Amendment - Denial of Medical Care (42 U.S.C. § 1983)**
21 **(Plaintiffs against Defendants DOES 1-10)**

22      12.   In answering paragraph 42, Defendant reasserts and incorporates its
23 responses to paragraphs 1 through 41.

24      13.   In answering paragraphs 43 and 46, Defendant asserts that the
25 paragraphs contain legal contentions and no factual information.

26      14.   In answering paragraphs 44, 45, 47, and 48, Defendant lacks
27 information and belief sufficient to enable it to answer and on that basis denies the
28 allegations in the paragraphs.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

## PLAINTIFFS' THIRD CLAIM FOR RELIEF FOR

### First and Fourteenth Amendments - Interference with Familial Relationship (42 U.S.C. § 1983)

### (Plaintiffs against Defendants DOES 1-10)

15.    In answering paragraph 49, Defendant reasserts and incorporates its responses to paragraphs 1 through 48.

16.    In answering paragraph 50, 52, 53, 55, and 56, Defendant asserts that the paragraph contains legal contentions and no factual information.

17.    In answering paragraphs 51, 54, 57, and 58, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

## PLAINTIFFS' FOURTH CLAIM FOR RELIEF FOR

### Municipal Liability for Unconstitutional Custom or Policy (42 U.S.C. § 1983)

### (Plaintiffs against Defendant COUNTY)

18.    In answering paragraph 59, Defendant reasserts and incorporates its responses to paragraphs 1 through 58.

19.    In answering paragraphs 60, 63 d. and e, 79, and 81 a.–d., Defendant denies the allegations in their entirety.

20.    In answering paragraphs 61, 62, 63 a., b., c., f., g, and h., 82, 85 a.–k., 86, 87, 89, and 90, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

21.    In answering paragraphs 80, 83, 84, and 88, Defendant asserts that the paragraphs contain legal contentions and no factual information.

## PLAINTIFFS' FIFTH CLAIM FOR RELIEF FOR

### Municipal Liability - Failure to Train (42 U.S.C. § 1983)

### (Plaintiffs against Defendant COUNTY)

22.    In answering paragraph 91, Defendant reasserts and incorporates its responses to paragraphs 1 through 90.

4

23.    In answering paragraphs 92, 96, and 102, Defendant asserts that the paragraphs contain legal contentions and no factual information.

24.    In answering paragraphs 93 and 94, Defendant denies the allegations in their entirety.

25.    In answering paragraphs 95, 97 a.–c., 98, 99 a.–k., 100, 101, 103, and 104, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

## PLAINTIFFS' SIXTH CLAIM FOR RELIEF FOR
## Municipal Liability - Ratification (42 U.S.C. § 1983)
## (Plaintiffs against Defendant COUNTY)

26.    In answering paragraph 105, Defendant reasserts and incorporates its responses to paragraphs 1 through 104.

27.    In answering paragraphs 106, 107, and 111, Defendant asserts that the paragraphs contain legal contentions and no factual information.

28.    In answering paragraphs 108, 109, 110, 112, and 113, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

## PLAINTIFFS' SEVENTH CLAIM FOR RELIEF FOR
## Battery (Cal. Gov't Code § 820 and California Common Law)
## (Wrongful Death and Survival)
## (Plaintiffs against all Defendants)

29.    In answering paragraph 114, Defendant reasserts and incorporates its responses to paragraphs 1 through 113.

30.    In answering paragraphs 115, 116, and 119, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

31.    In answering paragraphs 117 and 118, Defendant asserts that the paragraphs contain legal contentions and no factual information.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4900-4116-5198.1 SBD-00043                          DEFENDANT'S ANSWER TO COMPLAINT

## PLAINTIFFS' EIGHTH CLAIM FOR RELIEF FOR

## Negligence (Cal. Gov't Code § 820 and California Common Law)

## (Wrongful Death and Survival)

## (Plaintiffs against all Defendants)

32.   In answering paragraph 120, Defendant reasserts and incorporates its responses to paragraphs 1 through 119.

33.   In answering paragraphs 121 and 122, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

34.   In answering paragraphs 123 and 124, Defendant asserts that the paragraph contains legal contentions and no factual information.

## PLAINTIFFS' NINTH CLAIM FOR RELIEF FOR

## Violation of the Bane Act (Cal. Civil Code § 52.1)

## (Plaintiffs against all Defendants)

35.   In answering paragraph 125, Defendant reasserts and incorporates its responses to paragraphs 1 through 124.

36.   In answering paragraphs 129, 130, 131, 132, 133, 134, 137, and 138, Defendant lacks information and belief sufficient to enable it to answer and on that basis denies the allegations in the paragraphs.

37.   In answering paragraphs 126, 127, 128, 135, and 136, Defendant asserts that the paragraphs contain legal contentions and no factual information.

## FIRST AFFIRMATIVE DEFENSE

38.   Plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action against the answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

39.   Because Plaintiffs' Complaint is couched in conclusory terms, this answering Defendant cannot fully anticipate all affirmative defenses that may be applicable to this action, accordingly, the right to assert additional affirmative

WESIERSKI & ZUREK LLP

LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1  defenses, if and to the extent that such affirmative defenses are applicable, is hereby

2  reserved.

3  **THIRD AFFIRMATIVE DEFENSE**

4  40.    Plaintiffs have failed to mitigate their damages, which damages are

5  denied to exist.

6  **FOURTH AFFIRMATIVE DEFENSE**

7  41.    Plaintiffs' Complaint is not maintained in good faith and with

8  reasonable cause for purposes of 42 U.S.C. §§ 1983 and 1988.

9  **FIFTH AFFIRMATIVE DEFENSE**

10  42.    Defendant asserts that any recovery on Plaintiffs' Complaint, or any

11  purported claim or cause of action alleged therein, is barred in whole or in part by

12  Decedent's and/or Plaintiffs' comparative fault.

13  **SIXTH AFFIRMATIVE DEFENSE**

14  43.    Defendant asserts that any recovery on the Plaintiffs' Complaint, or any

15  purported claim or cause of action alleged therein, is barred in whole or in part by

16  Decedent's and/or Plaintiffs' own conduct.

17  **SEVENTH AFFIRMATIVE DEFENSE**

18  44.    Pursuant to Government Code section 818, as well as *The City of*

19  *Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981), Defendant is not liable for

20  exemplary or punitive damages in any sum, or at all.

21  **EIGHTH AFFIRMATIVE DEFENSE**

22  45.    Plaintiffs' Complaint fails to state a cause of action for municipal

23  liability pursuant to *Monell v. Department of Social Services of the City of New*

24  *York*, 436 U.S. 658 (1978), in that there can be no recovery for a federal civil rights

25  violation where there is no constitutional deprivation occurring pursuant to

26  governmental custom or policy.

27  **NINTH AFFIRMATIVE DEFENSE**

28  46.    Defendant is immune from liability pursuant to the Federal Civil Rights

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1  Act where it reasonably believed that its actions were lawful. Defendant deputies are

2  immune through Qualified Immunity for their acts.

3  ### TENTH AFFIRMATIVE DEFENSE

4  47.    Plaintiffs did not sustain an injury, if at all, sufficient to give rise to a

5  violation of their federal civil rights.

6  ### ELEVENTH AFFIRMATIVE DEFENSE

7  48.    Each of Plaintiffs' claims is barred by the applicable statutes of

8  limitation.

9  ### TWELFTH AFFIRMATIVE DEFENSE

10  49.    The actions of Defendant in all respects were reasonable, proper, and

11  legal.

12  ### THIRTEENTH AFFIRMATIVE DEFENSE

13  50.    Neither a public entity nor public employees are liable for his or her act

14  or omission exercised in due care, in the execution or enforcement of any law.

15  ### FOURTEENTH AFFIRMATIVE DEFENSE

16  51.    Neither a public entity nor public employees are liable for any injury

17  caused by the act or omission of another person.

18  ### FIFTEENTH AFFIRMATIVE DEFENSE

19  52.    Neither a public entity nor public employees acting in good faith,

20  without malice, and under the apparent authority of an enactment that is

21  unconstitutional, invalid or inapplicable, is liable for injury caused thereby, except

22  to the extent that he or she would have been liable had the enactment been

23  constitutional, valid and applicable.

24  ### SIXTEENTH AFFIRMATIVE DEFENSE

25  53.    Plaintiffs' suit is barred by the provisions of California Government

26  Code sections 815(a–b), 815.2(b), 818.8, 820.2, 820.4, 820.8, 821.6, and 945.4.

27  ### SEVENTEENTH AFFIRMATIVE DEFENSE

28  54.    This answering Defendant alleges that the damages allegedly suffered

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

8

1  by Plaintiffs, which said damages are generally and specifically denied to exist,

2  were the result of the active and affirmative negligent acts or omissions to act of

3  independent third parties and/or entities whose active and affirmative negligence

4  and/or omissions to act resulted in superseding and intervening causes of Plaintiffs'

5  alleged damages which thereby relieves Defendant from liability.

6      **WHEREFORE, the answering Defendant prays:**

7      1.    That Plaintiffs take nothing by their Complaint on file herein;

8      2.    For costs of suit incurred herein;

9      3.    For attorneys' fees, and

10     4.    For such additional remedies as the Court may find just and proper.

11

12  DATED:  February 11, 2026          WESIERSKI & ZUREK LLP

13

14

15  By: _____

16      MICHELLE R. PRESCOTT
        CHRISTOPHER P. WESIERSKI

17      Attorneys for Defendant COUNTY OF
        SAN BERNARDINO

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

9

1 | # <u>DEMAND FOR JURY TRIAL</u>

2 |     Pursuant to Local Rule 38-1, Defendant hereby demands a jury trial as provided

3 | in Rule 38(b) of the Federal Rules of Civil Procedure.

5 | DATED:  February 11, 2026       WESIERSKI & ZUREK LLP

By: _____

MICHELLE R. PRESCOTT
Attorneys for Defendant COUNTY OF
SAN BERNARDINO

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975 1000