NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michelle R. Prescott
Christopher P. Wesierski
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630

ATTORNEY(S) FOR: Defendant, County of San Bernardino

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Armando Huerta, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:25-cv-3591-JGB-SP |
| v. | |
| County of San Bernardino; and DOES 1 through 10, inclusive. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for County of San Bernardino or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Armando Huerta | Plaintiff |
| Jessica Duran | Plaintiff |
| County of San Bernardino | Defendant |

February 13, 2026
Date

Signature: *Michelle Prescott*

Attorney of record for (or name of party appearing in pro per):

Michelle R. Prescott