**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:25-cv-03591-JGB-SP<br><br>*Hon. Jesus G. Bernal*<br><br>**PLAINTIFFS' UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>Scheduling Conference:<br>Date:   April 13, 2026<br>Time:  11:00 a.m.<br>Crtrm: 1 |

REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby respectfully request that Benjamin S. Levine, who is an attorney of record for Plaintiffs but is not lead trial counsel, be permitted to appear at the upcoming Scheduling Conference in lieu of Plaintiffs' lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for April 13, 2026, at 11:00 a.m. Plaintiffs make this request because Mr. Galipo will be preparing for a trial that is set to begin the following morning in downtown Los Angeles and will be his fourth trial of 2026, and because Mr. Galipo desires that Mr. Levine, an associate attorney in his fourth year of practice, gain the additional courtroom experience that attendance would provide if the conference remains on calendar.

Prior to filing this request, Plaintiffs' counsel raised it with Defendant's counsel, who advised that Defendant would not oppose the request.

Respectfully submitted,

Dated: April 6, 2026          LAW OFFICES OF DALE K. GALIPO

By   _/s/ Benjamin S. Levine_
       DALE K. GALIPO
       BENJAMIN S. LEVINE
       *Attorneys for Plaintiff*

REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL