# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 5:25-cv-03591-JGB-SP<br><br>**[PROPOSED] ORDER ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL FOR PLAINTIFFS AT SCHEDULING CONFERENCE**<br><br>Scheduling Conference:<br>Date:  April 13, 2026<br>Time:  11:00 a.m.<br>Crtrm: 1 |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Unopposed Request to Allow Appearance of Non-Lead Trial Counsel at Scheduling Conference, IT IS HEREBY ORDERED that Plaintiffs' counsel Benjamin S. Levine may appear at the Scheduling Conference on April 13, 2026, at 11:00 a.m., in lieu of lead trial counsel.

Dated: _____          _____

Honorable Jesus G. Bernal
United States District Judge

[PROPOSED] ORDER