*Exempt per Government Code § 6103*

Christopher P. Wesierski [Bar No. 086736]
 *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
 *mprescott@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant COUNTY OF SAN BERNARDINO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-3591<br><br>**REQUEST TO ALLOW APPEARANCE OF NON-LEAD COUNSEL**<br><br>District Judge: Jesus G. Bernal<br>Magistrate Judge: Sheri Pym<br><br>Trial Date:          None Set |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant hereby respectfully request that Michelle R. Prescott, who is an attorney of record for Defendant but is not lead trial counsel, be permitted to appear at the upcoming Scheduling Conference in lieu of Defendant's lead trial counsel, Christopher P. Wesierski. The Scheduling Conference is currently scheduled for April 13, 2026, at 11:00 a.m. Defendant makes this request because Mr. Wesierski will be scheduled in client meetings and because Ms. Prescott is a Senior Partner and expected to be co-lead trial counsel and will be handling the case.

4907-5294-2750.1 SBD-00043         REQUEST TO ALLOW APPEARANCE OF NON-LEAD COUNSEL

**WESIERSKI & ZUREK LLP**
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

.

Prior to filing this request, Defendant's counsel raised it with Plaintiff's counsel, who advised that Plaintiff would not oppose the request.

DATED:  April 7, 2026                    WESIERSKI & ZUREK LLP


                                         *Christopher P. Wesierski*

                              By: _____
                                         CHRISTOPHER P. WESIERSKI
                                         Attorneys for Defendant COUNTY OF
                                         SAN BERNARDINO

2

4907-5294-2750.1 SBD-00043

REQUEST TO ALLOW APPEARANCE OF NON-LEAD COUNSEL