WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:25-cv-3591 <br><br> **[PROPOSED] ORDER ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL FOR DEFENDANT AT SCHEDULING CONFERENCE** <br><br> District Judge: Jesus G. Bernal <br> Magistrate Judge: Sheri Pym <br><br> Trial Date:        None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

4921-9794-6014.1 SBD-00043

[PROPOSED] ORDER ALLOWING APPEARANCE OF NON-LEAD
TRIAL COUNSEL FOR DEFENDANT AT SCHEDULING CONFERENCE

## [PROPOSED] ORDER

Having reviewed Defendant's Unopposed Request to Allow Appearance of NonLead Trial Counsel at Scheduling Conference, IT IS HEREBY ORDERED that Defendant's counsel Michelle R. Prescott may appear at the Scheduling Conference on April 13, 2026, at 11:00 a.m., in lieu of lead trial counsel.

DATED:  April ___, 2026

_____
Honorable Jesus G. Bernal

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2

4921-9794-6014.1 SBD-00043                    [PROPOSED] ORDER ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL FOR DEFENDANT AT SCHEDULING CONFERENCE