UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, et al., | Case No. 5:25-CV-03591-JGB-SP |
| Plaintiffs, | **(PROPOSED) ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| COUNTY OF SAN BERNARDINO; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint is **GRANTED** and Plaintiffs are granted leave to file the First Amended Complaint appended to the Motion.

Plaintiffs have seven (7) days from the date of this Order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:

_____
JESUS G. BERNAL
United States District Judge

2