POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>Benjamin S. Levine, Esq. (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. (818) 347-4118 \| E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |

**SUNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 West First Street, Suite 4311

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: **CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: ARMANDO HUERTA, individually and as successor-in-interest toDecedent, Roman Huerta; et al.<br><br>DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO; et al. | CASE NUMBER:<br><br>5:25-cv-03591-JGB-SP |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2619923LT |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ Summons

   b. ☐ Complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet

   e. ☐ Cross-Complaint

   f. ☑ other *(specify documents):* **FIRST AMENDED COMPLAINT; STANDING ORDER; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT OF PANEL MEDIATOR**

3. a. Party served *(specify name of party as shown on documents served):*

   **VICTOR VALLEY GLOBAL MEDICAL CENTER**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **CSC Lawyers Incorporating Service, Authorized Agent for service of process, by serving Josh Swindell, Authorized person to accept service of process.**

4. Address where the party was served: **2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **7/30/2026**   (2) at *(time):* **1:40 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2619923** |

| Plaintiff: **ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; et al.**<br><br>Defendant: **COUNTY OF SAN BERNARDINO; et al.** | CASE NUMBER:<br>**5:25-cv-03591-JGB-SP** |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                          *(2) from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify):* **VICTOR VALLEY GLOBAL MEDICAL CENTER**

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP 4(H)(1)** |

7. **Person who served papers**

  a. Name: **Rodmark Tay - Ace Attorney Service, Inc.**

  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**

  c. Telephone number: **(213) 623-3979**

  d. **The fee** for service was: **$ 125.74**

  e. I am:

    (1) ☑ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner    ☐ employee    ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/3/2026**

| | |
|---|---|
| **Rodmark Tay**<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | ▶     *(Signature - Per CC §1633.7)* |