# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HUERTA, et al.<br><br>                              Plaintiff(s),<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>                              Defendant(s). | CASE NUMBER:<br><br>    5:25–cv–03591–JGB–SP<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    8/6/2026

Document No.:    34

Title of Document:    Answer to Amended Complaint

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

Other:

for defendants Corrin Cassidy; Jonathan Ortega; Tyler Ragland; Jonathan Ramstad

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  August 7, 2026                     By:  /s/ *Trina DeBose  trina_debose@cacd.uscourts.gov*
                                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS