NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michelle R. Prescott
Christoper P. Wesierski
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Armando Huerta, et al. | | CASE NUMBER: |
| | Plaintiff(s), | 5:25-cv-3591-JGB-SP |
| v. | | |
| County of San Bernardino, et al. | | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| | Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____County of San Bernardino, et al._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Armando Huerta | Plaintiff |
| Jessica Duran | Plaintiff |
| County of San Bernardino | Defendant |
| Corrin Cassidy | Defendant |
| Jonathan Ortega | Defendant |
| Tyler Whitcomb | Defendant |
| Tyler Ragland | Defendant |
| Jonathan Ramstad | Defendant |
| The KPC Group dba KPC Health | Defendant |
| Victor Valley Global Medical Center | Defendant |
| Arturo Alvarez | Defendant |
| Dariyus Jackson | Defendant |

8/7/26

_____   _____
Date                          Signature

Attorney of record for (or name of party appearing in pro per):

Defendants
_____

CV-30 (05/13)                      **NOTICE OF INTERESTED PARTIES**