**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; and JESSICA DURAN, individually and as successor-in-interest to Decedent, Roman Huerta,

Plaintiffs,

v.

COUNTY OF SAN BERNARDINO; CORRIN CASSIDY; JONATHAN ORTEGA; TYLER WHITCOMB; TYLER RAGLAND; JONATHAN RAMSTAD; THE KPC GROUP D/B/A KPC HEALTH; VICTOR VALLEY GLOBAL MEDICAL CENTER; ARTURO ALVAREZ; DARIYUS JACKSON; and DOES 6 through 10, inclusive,

Defendants.

**Case No. 5:25-cv-03591-JGB-SP**

**DECLARATION OF JESSICA DURAN AS SUCCESSOR IN INTEREST TO ROMAN HUERTA**

**[Cal. Code Civ. Proc. §373]**

Docusign Envelope ID: 62FC1B2F-37E9-8B08-8225-98CAFD7F9B1D



**C.C.P. § 377.32 DECLARATION OF JESSICA DURAN AS SUCCESSOR IN INTEREST TO ROMAN HUERTA**

I, Jessica Duran, do hereby declare as follows:

1. My name is Jessica Duran. I am a competent adult over the age of eighteen and the biological mother of Roman Huerta.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Roman Huerta ("Decedent").

4. Decedent is my natural son.

5. Decedent passed away on February 24, 2025, in San Bernardino, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the biological mother of Decedent.

8. No other person has a superior right to commence the action or Proceeding, with the exception of plaintiff Armando Huerta, Decedent's biological father, who has also executed a declaration as Decedent's successor-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Jessica Duran declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 8/21/2026, in Crestline, California.

Signed by:

[signature]

54C11A258A01496...

Jessica Duran