# Exhibit A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO

**DEPARTMENT OF PUBLIC HEALTH**
451 E. VANDERBILT WAY, SAN BERNARDINO, CA 92408

3052025062303 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202536003399 — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT – FIRST (Given): ROMAN
- 2. MIDDLE: JESSE
- 3. LAST (Family): HUERTA
- AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
- 4. DATE OF BIRTH mm/dd/ccyy: 12/28/1996
- 5. AGE Yrs.: 28
- IF UNDER ONE YEAR: Months / Days; IF UNDER 24 HOURS: Hours / Minutes
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: ☐ YES ☒ NO ☐ UNK
- 12. MARITAL STATUS/SRDP* (at Time of Death): NEVER MARRIED
- 7. DATE OF DEATH mm/dd/ccyy: 02/24/2025
- 8. HOUR (24 Hours): 0154
- 13. EDUCATION – Highest Level/Degree (see worksheet on back): 11
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back): ☒ YES PUERTO RICAN ☐ NO
- 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): HISPANIC, MEXICAN AMERICAN
- 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: CONSTRUCTION WORKER
- 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): RESIDENTIAL AND COMMERCIAL
- 19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE (Street and number, or location): 23053 PONDEROSA DR
- 21. CITY: CRESTLINE
- 22. COUNTY/PROVINCE: SAN BERNARDINO
- 23. ZIP CODE: 92325
- 24. YEARS IN COUNTY: 6
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: JESSICA AURORA DURAN, MOTHER
- 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 23053 PONDEROSA DR, CRESTLINE, CA 92325

**SPOUSE/SRDP AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE/SRDP* – FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF PARENT – FIRST: ARMANDO
- 32. MIDDLE: -
- 33. LAST (BIRTH NAME): HUERTA
- 34. BIRTH STATE: CA
- 35. NAME OF PARENT – FIRST: JESSICA
- 36. MIDDLE: AURORA
- 37. LAST (BIRTH NAME): DURAN
- 38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- 39. DISPOSITION DATE mm/dd/ccyy: 03/20/2025
- 40. PLACE OF FINAL DISPOSITION: RES OF JESSICA AURORA DURAN, 23053 PONDEROSA DR, CRESTLINE, CA 92325
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: EVELYN J COOLEY
- 43. LICENSE NUMBER: EMB9119
- 44. NAME OF FUNERAL ESTABLISHMENT: MT. VIEW MORTUARY & CEMETERY
- 45. LICENSE NUMBER: FD1526
- 46. SIGNATURE OF LOCAL REGISTRAR: SHARON WANG, DO
- 47. DATE mm/dd/ccyy: 03/20/2025

**PLACE OF DEATH**

- 101. PLACE OF DEATH: VICTOR VALLEY GLOBAL MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: ☐ IP ☒ ER/OP ☐ DOA
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other
- 104. COUNTY: SAN BERNARDINO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 15248 ELEVENTH ST
- 106. CITY: VICTORVILLE

**CAUSE OF DEATH**

- 107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.
  - IMMEDIATE CAUSE (Final disease or condition resulting in death) (A): PENDING — Time Interval Between Onset and Death (AT): --
  - Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST: (B) (BT); (C) (CT); (D) (DT)
- 108. DEATH REPORTED TO CORONER?: ☒ YES ☐ NO — REFERRAL NUMBER: 702501553
- 109. BIOPSY PERFORMED?: ☐ YES ☒ NO
- 110. AUTOPSY PERFORMED?: ☒ YES ☐ NO
- 111. USED IN DETERMINING CAUSE?: ☒ YES ☐ NO
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: --
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
- 113A. IF FEMALE, DECEDENT PREGNANT IN LAST YEAR?: ☐ YES ☒ NO ☐ UNK

**PHYSICIAN'S CERTIFICATION**

- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy; Decedent Last Seen Alive (B) mm/dd/ccyy
- 115. SIGNATURE AND TITLE OF CERTIFIER:
- 116. LICENSE NUMBER:
- 117. DATE mm/dd/ccyy:
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined
- 120. INJURED AT WORK?: ☐ YES ☐ NO ☐ UNK
- 121. INJURY DATE mm/dd/ccyy:
- 122. HOUR (24 Hours):
- 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.):
- 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury):
- 125. LOCATION OF INJURY (Street and number, or location, and city, and zip):
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: CATHERINE PAHIA
- 127. DATE mm/dd/ccyy: 02/28/2025
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: CATHERINE PAHIA, DEP CORONER

STATE REGISTRAR: A. B. C. D. E. — FAX AUTH.# — CENSUS TRACT

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

DATE ISSUED MAR 2 7 2025

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

MICHAEL A. SEQUEIRA, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

*003392143*

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

PBNCD (Rev) 05/24

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE