# Exhibit A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO

**DEPARTMENT OF PUBLIC HEALTH**
451 E. VANDERBILT WAY, SAN BERNARDINO, CA 92408

3052025062303 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202536003399 — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT– FIRST (Given): ROMAN
2. MIDDLE: JESSE
3. LAST (Family): HUERTA

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
4. DATE OF BIRTH mm/dd/ccyy: 12/28/1996
5. AGE Yrs.: 28
IF UNDER ONE YEAR Months Days — IF UNDER 24 HOURS Hours Minutes
6. SEX: M

9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK
12. MARITAL STATUS/SRDP* (at Time of Death): NEVER MARRIED
7. DATE OF DEATH mm/dd/ccyy: 02/24/2025
8. HOUR (24 Hours): 0154

13. EDUCATION – Highest Level/Degree (see worksheet on back): 11
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back): ☒ YES PUERTO RICAN ☐ NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): HISPANIC, MEXICAN AMERICAN

17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: CONSTRUCTION WORKER
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): RESIDENTIAL AND COMMERCIAL
19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): 23053 PONDEROSA DR
21. CITY: CRESTLINE
22. COUNTY/PROVINCE: SAN BERNARDINO
23. ZIP CODE: 92325
24. YEARS IN COUNTY: 6
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: JESSICA AURORA DURAN, MOTHER
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): 23053 PONDEROSA DR, CRESTLINE, CA 92325

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP*– FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF PARENT– FIRST: ARMANDO
32. MIDDLE: -
33. LAST (BIRTH NAME): HUERTA
34. BIRTH STATE: CA
35. NAME OF PARENT– FIRST: JESSICA
36. MIDDLE: AURORA
37. LAST (BIRTH NAME): DURAN
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 03/20/2025
40. PLACE OF FINAL DISPOSITION: RES OF JESSICA AURORA DURAN 23053 PONDEROSA DR, CRESTLINE, CA 92325
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: EVELYN J COOLEY
43. LICENSE NUMBER: EMB9119
44. NAME OF FUNERAL ESTABLISHMENT: MT. VIEW MORTUARY & CEMETERY
45. LICENSE NUMBER: FD1526
46. SIGNATURE OF LOCAL REGISTRAR: SHARON WANG, DO
47. DATE mm/dd/ccyy: 03/20/2025

**PLACE OF DEATH**

101. PLACE OF DEATH: VICTOR VALLEY GLOBAL MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: ☐ IP ☒ ER/OP ☐ DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other
104. COUNTY: SAN BERNARDINO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 15248 ELEVENTH ST
106. CITY: VICTORVILLE

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) (A): PENDING — Time Interval Between Onset and Death (AT): --
Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST: (B) (BT) (C) (CT) (D) (DT)

108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO — REFERRAL NUMBER: 702501553
109. BIOPSY PERFORMED? ☐ YES ☒ NO
110. AUTOPSY PERFORMED? ☒ YES ☐ NO
111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: --
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
113A. IF FEMALE, WAS DECEDENT PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy — Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER
116. LICENSE NUMBER
117. DATE mm/dd/ccyy
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined
120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK
121. INJURY DATE mm/dd/ccyy
122. HOUR (24 Hours)
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)
125. LOCATION OF INJURY (Street and number, or location, and city, and zip)
126. SIGNATURE OF CORONER / DEPUTY CORONER: CATHERINE PAHIA
127. DATE mm/dd/ccyy: 02/28/2025
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: CATHERINE PAHIA, DEP CORONER

STATE REGISTRAR: A. B. C. D. E. — FAX AUTH.# — CENSUS TRACT

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO } SS

DATE ISSUED MAR 2 7 2025

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

MICHAEL A. SEQUEIRA, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

*003392143*

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.

PBNCD (Rev) 05/24

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE