**POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Dale K. Galipo, Esq. (SBN 144074)
Benjamin S. Levine, Esq. (SBN 342060)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com
ATTORNEY FOR *(Name):* Plaintiffs

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: CITY AND ZIP CODE:
3470 Twelfth Street,
Riverside, CA 92501
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; et al
DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO; et al

CASE NUMBER: 5:25-cv-03591-JGB-SP

## PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: 2620044M

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; STANDING ORDER; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; ORDER/REFERRAL TO ADR; CIVIL TRIAL SCHEDULING ORDER; NOTICE OF ASSIGNMENT OF PANEL MEDIATOR**
3. a. Party served *(specify name of party as shown on documents served):*
   **THE KPC GROUP D/B/A KPC HEALTH**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **CSC Lawyers Incorporating Service, Registered Agent for Service of Process by serving Rebecca Vang, authorized person to accept service of process**
4. Address where the party was served: **2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **7/31/2026** (2) at *(time):* **9:10 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| Plaintiff: **ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; et al**<br>Defendant: **COUNTY OF SAN BERNARDINO; et al** | CASE NUMBER:<br>**5:25-cv-03591-JGB-SP** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **THE KPC GROUP D/B/A KPC HEALTH**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(h)(1)**

7. **Person who served papers**

a. Name: **Masum Khan - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 125.74**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☑ employee ☐ independent contractor.
(ii) Registration No.: **2026-20**
(iii) County: **SACRAMENTO**

**8.** ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/6/2026**

**Masum Khan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ M. Khan.
(Signature - Per CC §1633.7)