POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo, Esq. (SBN 144074)<br>Benjamin S. Levine, Esq. (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO. \| E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 3470 Twelfth Street<br>CITY AND ZIP CODE: Riverside, CA 92501<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; et al.<br>DEFENDANT/RESPONDENT: COUNTY OF SAN BERNARDINO; et al. | CASE NUMBER:<br>5:25-cv-03591-JGB-SP |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2622722CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents):* **SEE ATTACHED LIST OF DOCUMENTS**

3. a. Party served *(specify name of party as shown on documents served):*

   **ARTURO ALVAREZ C/O VICTOR VALLEY GLOBAL MEDICAL CENTER**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **CSC Lawyers Incorporating Service, Authorized Agent for service of process by serving Maddie Bright, Authorized person to accept service of process.**

4. Address where the party was served: **2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/6/2026** (2) at *(time):* **1:26 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Plaintiff: **ARMANDO HUERTA, individually and as successor-in-interest to Decedent, Roman Huerta; et al.**<br>Defendant: **COUNTY OF SAN BERNARDINO; et al.** | CASE NUMBER:<br>**5:25-cv-03591-JGB-SP** |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **ARTURO ALVAREZ C/O VICTOR VALLEY GLOBAL MEDICAL CENTER**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(H)(1)**

7. **Person who served papers**
a. Name: **Rodmark Tay - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 125.74**
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.:
(iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/12/2026**

**Rodmark Tay**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(Signature - Per CC §1633.7)

ATTACHED LIST OF DOCUMENTS

SUMMONS ON FIRST AMENDED COMPLAINT;

FIRST AMENDED COMPLAINT;

NOTICE OF INTERESTED PARTIES;

CIVIL CASE COVER SHEET;

NOTICE OF ASSIGNMENT (JESUS G. BERNAL);

NOTICE OF ASSIGNMENT OF PANEL MEDIATOR;

ORDER REFERRAL TO ADR;

STANDING ORDER;

CIVIL TRIAL SCHEDULING ORDER